1  John E. McDermott (SBN 51047)
   HOWREY SIMON ARNOLD & WHITE, LLP
2  550 South Hope Street, Suite 1100
   Los Angeles, California  90071
3  Telephone:  (213) 892-1800
   Facsimile:  (213) 892-2300
4
   Michael D. Milich (SBN 054137)
5  City Attorney-City of Modesto
   1010 Tenth Street. Suite 6300
6  Modesto, California 95353
   Telephone:  (209) 577-5284
7  Facsimile:  (209) 544-8260

8  Attorneys for Defendant City of Modesto

9
                    UNITED STATES DISTRICT COURT
10
                   EASTERN DISTRICT OF CALIFORNIA
11

12
   THE COMMITTEE CONCERNING            )  Case No. CIV-F-04-6121 REC DLB
13 COMMUNITY IMPROVEMENT,              )
   SOUTH UNITED NEIGHBORS, *et al.,*   )
14                                     )  The Honorable Robert E. Coyle
          Plaintiffs,                  )
15                                     )
          vs.                          )  **STIPULATION AND PROTECTIVE**
16                                     )  **ORDER RE EMAIL TO BE**
   CITY OF MODESTO, *et al.,*          )  **PRODUCED BY DEFENDANT CITY**
17                                     )  **OF MODESTO**
          Defendants.                  )
18                                     )  Action filed August 18, 2004
                                       )
19                                     )
                                       )
20                                     )
                                       )
21                                     )
                                       )
22

23

24

25

26

27

28

HOWREY
SIMON
ARNOLD &
WHITE, LLP

Case No.  CIV-F-04-6121 REC DL - STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE EMAIL TO BE
PRODUCED BY DEFENDANT CITY OF MODESTO

PDF created with pdfFactory trial version www.pdffactory.com

1      This STIPULATION is entered into between plaintiffs and defendant City of

2  Modesto,

3      WHEREAS, plaintiffs have propounded discovery that requires the production of

4  email by City,

5      WHEREAS, City believes that the email to be produced inadvertently may

6  contain information protected by attorney client privilege, work product doctrine or

7  other privilege, or confidential personnel, criminal investigation or other information

8  protected by the constitutional right of privacy, Public Record Act exemptions (Govt.

9  Code § 6254) or other statutes,

10      WHEREAS, City desires an order maintaining the confidentiality of its email and

11  deeming production of its email in this matter as not waiving any privileges or

12  protections, and the Court and plaintiffs are agreeable to such an order,

13      THEREFORE, IT IS HEREBY ORDERED THAT:

14      1.  City is producing all email responsive to plaintiffs' Request for Production of

15  Documents and to search terms provided by plaintiffs, save for emails which the City

16  has removed from the electronic disks containing the emails because they are privileged.

17  The City will provide a privilege log for the removed emails.

18      2.  The emails produced by City may include the inadvertent production of emails

19  that include information protected by attorney client privilege, the work product

20  doctrine or other privilege, or contain confidential personnel, criminal investigation or

21  other information protected by the constitutional right of privacy, Public Records Act

22  exemptions (Govt. Code § 6254) or other statute ("Protected Information").  Production

23  of emails containing Protected Information shall not be deemed a waiver of the

24  Protected Information, and no one shall use the fact of the provision of such emails

25  containing Protected Information in this matter as the basis for additional discovery into

26  the Protected Information referred to in the emails.  Nothing in this Section shall

27  preclude a party from challenging the propriety of any claim of privilege or protection

28  by the City, in accordance with the Federal Rules of Civil procedure.

HOWREY
SIMON
ARNOLD &
WHITE, LLP

2

Case No.  CIV-F-04-6121 REC DL - STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE EMAIL TO BE
PRODUCED BY DEFENDANT CITY OF MODESTO

PDF created with pdfFactory trial version www.pdffactory.com

1    3. Plaintiffs may not use for any purpose, in this litigation or otherwise, any

2    emails inadvertently produced by City that contain Protected Information, or disclose

3    such emails or Protected Information to anyone, except in accordance with paragraph 4

4    below.  Plaintiffs shall confer with City in good faith regarding any emails as to which

5    there is any doubt as to whether the emails contain Protected Information.

6    4. Plaintiffs' attorneys shall advise City of any emails produced by the City that

7    they wish to use in this litigation at least 30 days in advance of their use.  Within 21

8    days, the City will advise plaintiffs' attorneys of any emails it deems to be Protected

9    Information subject to privilege or constitutional or statutory protection.  The parties

10   agree to adjust these timeframes in good faith should plaintiffs seek to use a voluminous

11   amount of emails.  Plaintiffs may not use for any purpose in this litigation or otherwise

12   any emails deemed Protected Information by City, or disclose same to anyone, until

13   litigation of the City's claim of privilege or protection is resolved.  Nothing in this

14   section shall preclude plaintiffs from challenging the propriety of City's claim of

15   privilege in accordance with the Federal Rules of Civil Procedure.

16   5. City's production of email shall in no way constitute a waiver of any objection

17   to the relevance or admissibility of any email.

18   6. The disks produced by City shall be reviewed only by plaintiffs' attorneys and

19   other personnel under their control, shall not be reproduced or shown to any third

20   persons without City's approval, shall be maintained securely, and shall be returned to

21   City within 10 days of the conclusion of this litigation, without making any copies of

22   the disks.  Within 45 days of the final disposition of this action, whether by judgment

23   and exhaustion of any and all appeals, or by settlement, plaintiffs and their attorneys

24   shall return the disks to the City and shall deliver to the City written confirmation that

25   there has been compliance with all the terms of this paragraph, or that there has not been

26   compliance and the reason for such noncompliance, upon receipt of which the City may

27   make application to the Court for such further order as may be appropriate.

28

HOWREY
SIMON
ARNOLD &
WHITE, LLP

3

Case No.  CIV-F-04-6121 REC DL - STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE EMAIL TO BE
PRODUCED BY DEFENDANT CITY OF MODESTO

PDF created with pdfFactory trial version www.pdffactory.com

1      7.  The parties shall take reasonable steps to ensure that this order is properly

2  carried out.

3      8.  The confidentiality provisions of this order shall remain in full force and effect

4  until further order of this Court.  Nothing contained herein shall limit or be deemed to

5  waive the right of any party to seek relief from any provision of this order or any

6  modification thereof, or to seek greater protections than are afforded by this order in

7  appropriate circumstances.

8      9.  It is expressly understood that any person who violates this order may be

9  subject to sanctions imposed by the Court or to contempt of court charges.

10

11  Dated:  April __, 2005          HOWREY SIMON ARNOLD & WHITE, LLP

12

13

14                         By: _____

15                               John E. McDermott
                           Attorneys for Defendant
                           City of Modesto

16

17  Dated:  April __, 2005          COVINGTON & BURLING

18

19

20                         By: _____

21                               Deanna Kwong
                           Attorneys for Plaintiffs
                           The Committee Concerning
                           Community Improvement, *et al.*

22

23

24

25

26

27

28

HOWREY
SIMON
ARNOLD &
WHITE, LLP

4

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO ORDERED.

2

3  Dated:  April 28  , 2005

____/s/ ROBERT E. COYLE_____

4  /s/ The Honorable Robert E. Coyle

United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HOWREY**
**SIMON**
**ARNOLD &**
**WHITE, LLP**

5

Case No.  CIV-F-04-6121 REC DL - STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE EMAIL TO BE
PRODUCED BY DEFENDANT CITY OF MODESTO

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 550 South Hope Street, Suite 1100, Los Angeles, California 90071.  Upon this day, I served a copy of the attached **STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE EMAIL TO BE PRODUCED BY DEFENDANT CITY OF MODESTO** on all interested parties through their attorneys of record by placing a true and correct copy thereof by the method indicated, addressed as shown on the attached service list:

**SEE ATTACHED DISTRIBUTION LIST**

__X__        **VIA FIRST CLASS MAIL** (CCP § 1013a).  I am readily familiar with the firm's practice of collection and processing for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day as shown on this declaration with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

__X__        **FEDERAL**  I declare that I am employed in the office of a member of the bar of this court at whose directions the service was made.

Executed on April 28, 2005 at Los Angeles, California.

Christiane Shertz

HOWREY
SIMON
ARNOLD &
WHITE, LLP

Case No.  CIV-F-04-6121 REC DL - STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE EMAIL TO BE PRODUCED BY DEFENDANT CITY OF MODESTO

PDF created with pdfFactory trial version www.pdffactory.com

1

**SERVICE LIST**

2 Donald Wesley Brown

3 Covington and Burling
One Front Street

4 35th Floor
San Francisco, CA  94111

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.  CIV-F-04-6121 REC DL - STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE EMAIL TO BE PRODUCED BY DEFENDANT CITY OF MODESTO

PDF created with pdfFactory trial version www.pdffactory.com