BRIAN P. BROSNAHAN (Cal. State Bar No. 112894)
BETHANY A. GLOVER (Cal. State Bar No. 209423)
ANAGHA DANDEKAR CLIFFORD (Cal. State Bar No. 233806)
MADELEINE LOH (Cal. State Bar No. 233388)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

ROBERT RUBIN (Cal. State Bar No. 85084)
CHHAYA MALIK (Cal. State Bar No. 228581)
LAWYERS COMMITTEE FOR CIVIL RIGHTS
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296

Additional Counsel Listed on Last Page

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT, SOUTH UNITED NEIGHBORS, DAVID CARO, MANUEL ESPINO, HORTENCIA FRANCO, LUPE HUESCA, FLORINDA LAUREANO, ENA LOPEZ, BLANCA MARTINEZ, GRISELDA MARTINEZ, SALVADOR GUTIERREZ MARTINEZ, JAZMIN MERCADO, JUAN MERCADO, MAGDALENA MERCADO, JUAN PEREZ, GLORIA PIMENTEL, ALFONSO RIVERA, DARREN SCHAEFFER, AND ELVIRA VILLALOBOS,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF MODESTO, COUNTY OF STANISLAUS, and STANISLAUS COUNTY SHERIFF,<br><br>　　　　　　　　Defendants. | Case No.: CIV-F-04-6121 REC DLB<br><br>**STIPULATION AND ORDER RE WITHDRAWAL OF CITY'S MOTION TO STRIKE AND FILING OF SECOND AMENDED COMPLAINT** |

1

PDF created with pdfFactory trial version www.pdffactory.com

Defendant City of Modesto (the "City") and Plaintiffs, through their respective counsel, stipulate and agree as follows:

## RECITALS

1. On April 6, 2005, Plaintiffs filed their First Amended Complaint, pursuant to the Court's December 30, 2004 Order Granting in Part, Granting in Part with Leave to Amend, and Denying in Part Defendants' Motions to Dismiss and Directing the Filing of a First Amended Complaint (the "Order") and March 22, 2005 Order Granting Plaintiffs' Motion for Reconsideration and Denying Defendants' Motion to Dismiss Fifth Cause of Action.

2. On April 21, 2005, the City filed a Motion to Strike Portions of First Amended Complaint ("Motion to Strike"), contending that the First Amended Complaint was not in compliance with the Court's Order.

3. Plaintiffs' Opposition to Defendant City of Modesto's Motion to Strike Portions of First Amended Complaint was filed on May 6, 2005, and the City filed its Reply on May 16, 2005.

NOW, THEREFORE, in order to resolve the City's Motion to Strike, the City and Plaintiffs AGREE as follows:

## STIPULATION

1. With the Court's permission, the Second Amended Complaint attached as Exhibit A will be filed in lieu of the First Amended Complaint.

2. The City's Motion to Strike is withdrawn.

3. Nothing in the Stipulation and [Proposed] Order or in the amendments made to the First Amended Complaint shall have any effect upon the discoverability or admissibility of any information.

| | | |
|---|---|---|
| 1 | DATED: May 19, 2005 | HELLER EHRMAN LLP |
| 2 | | By s/Brian P. Brosnahan_____ |
| | | BRIAN P. BROSNAHAN |

BRIAN P. BROSNAHAN (Cal. State Bar No. 112894)
BETHANY A. GLOVER (Cal. State Bar No. 209423)
ANAGHA DANDEKAR CLIFFORD (Cal. State Bar No. 233806)
MADELEINE LOH (Cal. State Bar No. 233388)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

ROBERT RUBIN (Cal. State Bar No. 85084)
CHHAYA MALIK (Cal. State Bar No. 228581)
LAWYERS COMMITTEE FOR CIVIL RIGHTS
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296

DONALD BROWN (Cal. State Bar No. 83347)
ELIZABETH A. BROWN (Cal. State Bar No. 193540)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091

HOWARD A. SLAVITT (Cal. State Bar No. 172840)
KAREN L. JENNINGS (Cal. State Bar No. 197046)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, CA 94111
Telephone:  (415) 772-5738
Facsimile:  (415) 989-1663

Attorneys for Plaintiffs

CYNTHIA L. RICE (Cal. State Bar No. 87630)
ILENE J. JACOBS (Cal. State Bar No. 126812)
CATHERINE F. HALLINAN (Cal. State Bar No. 177449)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
801 15th Street, Suite B
Modesto, CA  95354
Telephone: (209) 577-3811
Facsimile:  (209) 577-1098

Attorneys for Plaintiff Florinda Laureano

Heller Ehrman LLP

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: May 19, 2005 | HOWREY LLP |
| | By s/ John E. McDermott_____ |
| | JOHN E. McDERMOTT |

550 South Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300

MICHAEL D. MILICH
CITY ATTORNEY - CITY OF MODESTO
1010 Tenth Street, Suite 6300
Modesto, CA 95353
Facsimile: (209) 544-8260

Attorneys for Defendant City of Modesto

## [PROPOSED] ORDER

Pursuant to the foregoing stipulation, and good cause appearing, IT IS SO ORDERED.

DATED: ___May 19, 2005      By _____/s/ ROBERT E. COYLE_____
                                                THE HONORABLE ROBERT E. COYLE
                                                    United States District Judge

Heller Ehrman LLP

4

STIPULATION AND [PROPOSED] ORDER, CASE No. CIV-f-04-6121 REC DLB

PDF created with pdfFactory trial version www.pdffactory.com

# EXHIBIT A

Heller Ehrman LLP

PDF created with pdfFactory trial version www.pdffactory.com