IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT, et al,<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>CITY OF MODESTO, et al,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CV-F-04-6121 REC DLB<br><br>**ORDER SETTING STATUS CONFERENCE**<br><br>Date: November 10, 2005<br>Time: 2:00 p.m.<br>Dept.: 6 (LJO) |

　　　　This Court conducted a status conference on November 1, 2005 in Department 6 concerning the posture of this case and whether it is whether ready to proceed to a settlement conference.  Upon good cause shown, the Court SETS a continued status conference for November 10, 2005 at 2:00 p.m. in Department 6.  Plaintiffs' counsel agreed to arrange a conference call with the capability whereby the operator may add or drop lines during the call at the request of the Court.  In lieu of the settlement conference on November 3, 2005, counsel for the parties will be meeting and conferring outside the presence of the Court.

IT IS SO ORDERED.

**Dated:　November 1, 2005**　　　　　　　　　／s/ Lawrence J. O'Neill
b9ed48　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE