BRIAN P. BROSNAHAN (Cal. State Bar No. 112894)
BETHANY A. GLOVER (Cal. State Bar No. 209423)
ANAGHA DANDEKAR CLIFFORD (Cal. State Bar No. 233806)
MADELEINE LOH (Cal. State Bar No. 233388)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

ROBERT RUBIN (Cal. State Bar No. 85084)
NICHOLAS ESPIRITU (Cal. State Bar No. 237665)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296

Additional Counsel Listed on Last Page

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MODESTO, et. al., <br><br> Defendants. | Case No.: 1: 04 CV 6121 REC DLB <br><br> **STIPULATION AND ORDER RE DEADLINES FOR EXPERT DISCOVERY** |

Heller Ehrman LLP

STIPULATION AND [PROPOSED] ORDER RE DEADLINES FOR EXPERT DISCOVERY, CASE NO. CIV. F-04-6121 REC DLB

1

Defendants and Plaintiffs, through their respective counsel, stipulate and agree as follows:

## RECITAL

On September 7, 2005, a discovery status conference was held before Judge Dennis L. Beck. The Court amended the scheduling order granting a four month extension of all dates. The Court listed the new dates as: "Discovery due by 6/19/2006, Dispositive Motions due by 8/14/2006, Hearing 9/11/2006, Non-Dispositive Motions due by 7/3/2006, Hearing 8/7/2006." The Court also set a Pretrial Conference for 12/15/2006 at 1:30 PM before Magistrate Judge Dennis L. Beck; Settlement Conference 10/12/2005 at 1:00 PM before Magistrate Judge Beck; and Trial 2/6/2007 at 9:00 am before Judge Coyle.

The parties have met and conferred concerning expert discovery in this case and have agreed upon a schedule with respect to expert reports and discovery.

NOW, THEREFORE, the parties AGREE as follows:

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that parties agree to the follow dates and schedule:

- Initial Expert Reports: June 1, 2006

- Rebuttal Expert Reports: June 19, 2006

- Close of Expert Discovery: July 15, 2006

//

//

Respectfully submitted

DATED: March 17, 2006             HELLER EHRMAN LLP


By     /s/ Brian P. Brosnahan
          Brian P. Brosnahan


BRIAN P. BROSNAHAN (Cal. State Bar No. 112894)
BETHANY A. GLOVER (Cal. State Bar No. 209423)
ANAGHA DANDEKAR CLIFFORD (Cal. State Bar No. 233806)
MADELEINE LOH (Cal. State Bar No. 233388)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

ROBERT RUBIN (Cal. State Bar No. 85084)
NICHOLAS ESPIRITU (Cal. State Bar No. 237665)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296

ELIZABETH A. BROWN (Cal. State Bar No. 193540)
DEANNA KWONG (Cal. State Bar No. 233480)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091

HOWARD A. SLAVITT (Cal. State Bar No. 172840)
LAUREN S. KOWAL (Cal. State Bar No. 224976)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, CA 94111
Telephone:  (415) 772-5738
Facsimile:  (415) 989-1663

CYNTHIA L. RICE (Cal. State Bar No. 87630)
ILENE J. JACOBS (Cal. State Bar No. 126812)
JACK DANIEL (Cal. State Bar No. 133498)
MARIA JAIME (Cal. State Bar No. 231502)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
801 15th Street, Suite B
Modesto, CA  95354
Telephone: (209)577-3811
Facsimile:  (209) 577-1098

Attorneys for Plaintiffs

DATED: March 17, 2006        HOWREY LLP

By    /s/ John E. McDermott
     JOHN E. McDERMOTT

JOHN E. McDERMOTT (Cal. State Bar No. 51047)
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300

MICHAEL D. MILICH (Cal. State Bar No. 54137)
CITY ATTORNEY - CITY OF MODESTO
1010 Tenth Street, Suite 6300
Modesto, CA 95353
Facsimile: (209) 544-8260

Attorneys for Defendant City of Modesto

DATED: March 17, 2006        PORTER, SCOTT, WEIBERG & DELEHANT

By    /s/ Kristina M. Hall
TERENCE J. CASSIDY (Cal. State Bar No. 099180)
KRISTINA M. HALL (Cal. State Bar No. 196794)
350 University Ave., Suite 200
Sacramento, CA 95825

MICHAEL H. KRAUSNICK (Cal. State Bar No. 59616)
W. DEAN WRIGHT (Cal. State Bar No. 84526)
STANISLAUS COUNTY COUNSEL
County Administration Building
P.O. Box 74
Modesto, CA 95353

Attorneys for Defendants County of Stanislaus, Stanislaus County Sheriff

IT IS SO ORDERED.

Dated: March 27, 2006        __/s/ Dennis L. Beck_____
The Honorable Dennis L. Beck
Chief United States Magistrate Judge