```
 1  BRIAN P. BROSNAHAN (Cal. State Bar No. 112894)
    BETHANY A. GLOVER (Cal. State Bar No. 209423)
 2  ANAGHA DANDEKAR CLIFFORD (Cal. State Bar No. 233806)
    MADELEINE LOH (Cal. State Bar No. 233388)
 3  HELLER EHRMAN LLP
    333 Bush Street
 4  San Francisco, CA 94104-2878
    Telephone: (415) 772-6000
 5  Facsimile: (415) 772-6268
 6
    ROBERT RUBIN (Cal. State Bar No. 85084)
 7  NICHOLAS ESPIRITU (Cal. State Bar No. 237665)
    LAWYERS' COMMITTEE FOR CIVIL RIGHTS
 8  131 Steuart Street, Suite 400
    San Francisco, CA 94105
 9  Telephone: (415) 543-9444
    Facsimile: (415) 543-0296
10
    Additional Counsel Listed on Last Page
11
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MODESTO, et. al.,<br><br>Defendants. | Case No.: Civ. F-04-6121 REC DLB<br><br>**STIPULATION AND ORDER RE DISMISSAL OF LUPE HUESCA, ELVIRA VILLALOBOS, BLANCA MARTINEZ, AND FLORINDA LAUREANO** |

Defendants and Plaintiffs, through their respective counsel, stipulate and agree as follows:

RECITAL

Plaintiffs have filed a Second Amended Complaint against Defendants. Plaintiffs' counsel have since been unable to locate Plaintiffs Lupe Huesca, Elvira Villalobos, Blanca Martinez, or Florinda Laureano.

NOW, THEREFORE, the parties AGREE as follows:

STIPULATION

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that Lupe Huesca, Elvira Villalobos, Blanca Martinez, and Florinda Laureano are no longer plaintiffs in the above-captioned action, and that the claims by Lupe Huesca, Elvira Villalobos, Blanca Martinez, and Florinda Laureano in the above-captioned action be and hereby are dismissed without prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Each side to bear its own costs and fees. This Stipulation and [Proposed] Order shall not have any effect on the above-captioned action as to the remaining Plaintiffs.

Respectfully submitted

DATED: May 16, 2006        HELLER EHRMAN LLP

By     /s/ Madeleine Loh
            Madeleine Loh

BRIAN P. BROSNAHAN (Cal. State Bar No. 112894)
BETHANY A. GLOVER (Cal. State Bar No. 209423)
ANAGHA DANDEKAR CLIFFORD (Cal. State Bar No. 233806)
MADELEINE LOH (Cal. State Bar No. 233388)

Heller Ehrman LLP

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL, CASE NO. CIV. F-04-6121 REC DLB
2
PDF created with pdfFactory trial version www.pdffactory.com

```
                                HELLER EHRMAN LLP
                                333 Bush Street
                                San Francisco, CA 94104-2878
                                Telephone: (415) 772-6000
                                Facsimile: (415) 772-6268


                                ROBERT RUBIN (Cal. State Bar No. 85084)
                                NICHOLAS ESPIRITU (Cal. State Bar No. 237665)
                                LAWYERS' COMMITTEE FOR CIVIL RIGHTS
                                131 Steuart Street, Suite 400
                                San Francisco, CA 94105
                                Telephone: (415) 543-9444
                                Facsimile: (415) 543-0296

                                ELIZABETH A. BROWN (Cal. State Bar No. 193540)
                                DEANNA KWONG (Cal. State Bar No. 233480)
                                COVINGTON & BURLING LLP
                                One Front Street
                                San Francisco, CA 94111
                                Telephone:  (415) 591-6000
                                Facsimile:  (415) 591-6091

                                HOWARD A. SLAVITT (Cal. State Bar No. 172840)
                                LAUREN S. KOWAL (Cal. State Bar No. 224976)
                                COBLENTZ, PATCH, DUFFY & BASS LLP
                                One Ferry Building, Suite 200
                                San Francisco, CA 94111
                                Telephone:  (415) 772-5738
                                Facsimile:  (415) 989-1663

                                CYNTHIA L. RICE (Cal. State Bar No. 87630)
                                ILENE J. JACOBS (Cal. State Bar No. 126812)
                                JACK DANIEL (Cal. State Bar No. 133498)
                                MARIA JAIME (Cal. State Bar No. 231502)
                                CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
                                801 15th Street, Suite B
                                Modesto, CA  95354
                                Telephone: (209)577-3811
                                Facsimile:  (209) 577-1098

                                Attorneys for Plaintiffs

DATED:  May 16, 2006            HOWREY LLP

                                By  /s/ John E. McDermott (authorized on May 16, 2006)
                                      JOHN E. McDERMOTT


                                JOHN E. McDERMOTT (Cal. State Bar No. 51047)
                                550 South Hope Street, Suite 1100
                                Los Angeles, CA 90071
                                Telephone: (213) 892-1800
                                Facsimile: (213) 892-2300
```

Heller Ehrman LLP

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL, CASE NO. CIV. F-04-6121 REC DLB

3

PDF created with pdfFactory trial version www.pdffactory.com

RICHARD RUDNANSKY (Cal. State Bar No. 77987)
INTERIM CITY ATTORNEY - CITY OF MODESTO
1010 Tenth Street, Suite 6300
Modesto, CA 95353
Facsimile: (209) 544-8260

Attorneys for Defendant City of Modesto

DATED:  May 16, 2006        PORTER, SCOTT, WEIBERG & DELEHANT

By /s/ Kristina M. Hall (authorized on May 16, 2006)
TERENCE J. CASSIDY (Cal. State Bar No. 099180)
KRISTINA M. HALL (Cal. State Bar No. 196794)
350 University Ave., Suite 200
Sacramento, CA 95825

MICHAEL H. KRAUSNICK (Cal. State Bar No. 59616)
W. DEAN WRIGHT (Cal. State Bar No. 84526)
STANISLAUS COUNTY COUNSEL
County Administration Building
P.O. Box 74
Modesto, CA 95353

Attorneys for Defendants County of Stanislaus, Stanislaus County Sheriff, Les Weidman, Paul Caruso, Jeff Grover, Tom Mayfield, Pat Paul and Ray Simon

IT IS SO ORDERED.


Dated:  May _16_, 2006        _/s/ ROBERT E. COYLE_____
The Honorable Robert E. Coyle.
Judge of the United States District Court
Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com