BRIAN P. BROSNAHAN (Cal. State Bar No. 112894)
BETHANY A. GLOVER (Cal. State Bar No. 209423)
ANAGHA DANDEKAR CLIFFORD (Cal. State Bar No. 233806)
MADELEINE LOH (Cal. State Bar No. 233388)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

ROBERT RUBIN (Cal. State Bar No. 85084)
NICHOLAS ESPIRITU (Cal. State Bar No. 237665)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 543-9444
Facsimile: (415) 543-0296

Additional Counsel Listed on Last Page

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MODESTO, et. al.,<br><br>Defendants. | Case No.: 1: 04 CV 06121 REC DLB<br><br>**STIPULATION AND ORDER EXTENDING DEADLINES** |

Defendants and Plaintiffs, through their respective counsel, stipulate and agree as follows:

## RECITALS

WHEREAS, on September 7, 2005, a discovery status conference was held before Judge Dennis L. Beck.  The Court amended the scheduling order, granting a four month extension of all dates.  The Court listed the new dates as: "Discovery due by 6/19/2006, Dispositive Motions due by 8/14/2006, Hearing 9/11/2006, Non-Dispositive Motions due by 7/3/2006, Hearing 8/7/2006."  The Court also set a Pretrial Conference for 12/15/2006 at 1:30 PM before Magistrate Judge Dennis L. Beck; Settlement Conference 10/12/2005 at 1:00 PM before Magistrate Judge Beck; and Trial 2/6/2007 at 9:00 am before Judge Coyle;

WHEREAS, on March 17, 2006, the parties filed a Stipulation and Proposed Order setting service of initial expert reports for June 1, 2006; rebuttal expert reports for June 19, 2006; and close of expert discovery for July 15, 2006.  The Court adopted this Stipulation as its Order on March 27, 2006;

WHEREAS, delays in completing discovery have arisen, and Plaintiffs and Defendants County of Stanislaus and Stanislaus County Sheriff (collectively "County Defendants") need additional time to complete discovery between them;

WHEREAS, the parties agree to adjust other dates and deadlines accordingly;

NOW, THEREFORE, the parties AGREE as follows:

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that parties agree to the follow dates and schedule:

- Fact Discovery cut-off between Plaintiffs and Defendant City of Modesto:

Heller Ehrman LLP

June 19, 2006

- Fact Discovery cut-off between Plaintiffs and County Defendants: October 16, 2006

- Expert Reports due: October 16, 2006

- Supplemental Expert Reports: November 17, 2006

- Non-dispositive motion filing deadline: November 3, 2006

- Expert discovery cut-off: December 18, 2006

- Dispositive Motion filing deadline: January 12, 2006

- Pre-trial conference: March 16, 2007

- Trial: May 8, 2007

Respectfully submitted,

DATED: May 22, 2006      HELLER EHRMAN LLP


By      /s/ Brian P. Brosnahan
              Brian P. Brosnahan


BRIAN P. BROSNAHAN (Cal. State Bar No. 112894)
BETHANY A. GLOVER (Cal. State Bar No. 209423)
ANAGHA DANDEKAR CLIFFORD (Cal. State Bar No. 233806)
MADELEINE LOH (Cal. State Bar No. 233388)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

ROBERT RUBIN (Cal. State Bar No. 85084)
NICHOLAS ESPIRITU (Cal. State Bar No. 237665)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
131 Steuart Street, Suite 400

```
                              San Francisco, CA 94105
                              Telephone: (415) 543-9444
                              Facsimile: (415) 543-0296

                              ELIZABETH A. BROWN (Cal. State Bar No. 193540)
                              DEANNA KWONG (Cal. State Bar No. 233480)
                              COVINGTON & BURLING LLP
                              One Front Street
                              San Francisco, CA 94111
                              Telephone:  (415) 591-6000
                              Facsimile:  (415) 591-6091

                              HOWARD A. SLAVITT (Cal. State Bar No. 172840)
                              LAUREN S. KOWAL (Cal. State Bar No. 224976)
                              COBLENTZ, PATCH, DUFFY & BASS LLP
                              One Ferry Building, Suite 200
                              San Francisco, CA 94111
                              Telephone:  (415) 772-5738
                              Facsimile:  (415) 989-1663

                              CYNTHIA L. RICE (Cal. State Bar No. 87630)
                              ILENE J. JACOBS (Cal. State Bar No. 126812)
                              JACK DANIEL (Cal. State Bar No. 133498)
                              MARIA JAIME (Cal. State Bar No. 231502)
                              CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
                              801 15th Street, Suite B
                              Modesto, CA  95354
                              Telephone: (209) 577-3811
                              Facsimile:  (209) 577-1098
                              Attorneys for Plaintiffs

DATED: May 22, 2006           HOWREY LLP

                              By     /s/ John E. McDermott (as authorized 5/22/06 )
                                       JOHN E. McDERMOTT


                              JOHN E. McDERMOTT (Cal. State Bar No. 51047)
                              550 South Hope Street, Suite 1100
                              Los Angeles, CA 90071
                              Telephone: (213) 892-1800
                              Facsimile: (213) 892-2300

                              MICHAEL D. MILICH (Cal. State Bar No. 54137)
                              CITY ATTORNEY - CITY OF MODESTO
                              1010 Tenth Street, Suite 6300
                              Modesto, CA 95353
                              Facsimile: (209) 544-8260

                              Attorneys for Defendant City of Modesto
```

Heller Ehrman LLP

| | |
|---|---|
| DATED: March 22, 2006 | PORTER, SCOTT, WEIBERG & DELEHANT |
| | By _____/s/ Terence J. Cassidy (as authorized 5/19/06)_____ |
| | TERENCE J. CASSIDY (Cal. State Bar No. 099180) |
| | KRISTINA M. HALL (Cal. State Bar No. 196794) |
| | 350 University Ave., Suite 200 |
| | Sacramento, CA 95825 |
| | |
| | MICHAEL H. KRAUSNICK (Cal. State Bar No. 59616) |
| | W. DEAN WRIGHT (Cal. State Bar No. 84526) |
| | STANISLAUS COUNTY COUNSEL |
| | County Administration Building |
| | P.O. Box 74 |
| | Modesto, CA 95353 |
| | |
| | Attorneys for Defendants County of Stanislaus, Stanislaus County Sheriff |

IT IS SO ORDERED.

Dated:  May 23, 2006            ___/s/ Dennis L. Beck_____
                                The Honorable Dennis L. Beck
                                Chief United States Magistrate Judge
                                United States District Court
                                2500 Tulare St. Fresno, CA 93721

Heller Ehrman LLP

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES, CASE NO. CIV. F-04-6121 REC DLB

5