IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT, et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>CITY OF MODESTO, et al.,<br><br>            Defendants | CV F 04-6121 AWI DLB (NEW DC)<br><br>ORDER REGARDING STIPULATION AND MOVING HEARING DATE |

     Pending before the court is Defendants' motion for partial summary judgment. The motion was originally et for oral argument to be heard on September 18, 2006. On August 31, 2006, the court received a stipulation from the parties moving the hearing to October 2, 2006. Pursuant to the parties' stipulation, the court ORDERS that:

    1.    The September 18, 2006 hearing is VACATED;

    2.    Plaintiffs' opposition to the pending motion SHALL be filed by September 8, 2006;

    3.    Defendants; reply SHALL be filed by September 25, 2006

    4.    The hearing on the motion is set for October 2, 2006, at 1:30 p.m.

IT IS SO ORDERED.

**Dated:**   **September 1, 2006**                 **/s/ Anthony W. Ishii**
0m8i78                                                UNITED STATES DISTRICT JUDGE