IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT, et al., <br><br> Plaintiffs, <br> v. <br><br> CITY OF MODESTO, COUNTY OF STANISLAUS, et al., <br><br> Defendants. | CV F 04-6121 AWI DLB (NEW DC) <br><br> ORDER MOVING HEARING ON DEFENDANTS' MOTION TO NOVEMBER 6, 2006 |

    Defendant City of Modesto's motion for summary judgment is pending in this action and is set for hearing on Monday, October 2, 2006.

    The court has determined that it is necessary to reschedule the hearing on Defendants' motion for summary judgment.  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 2, 2006, is VACATED, and the hearing on this matter is set for November 6, 2006 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:**   **September 26, 2006**             /s/ Anthony W. Ishii
0m8i78                                          UNITED STATES DISTRICT JUDGE