IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT, *et al.*,  )<br>)<br>Plaintiffs,                    )<br>)<br>v.                                    )<br>)<br>CITY OF MODESTO, COUNTY OF   )<br>STANISLAUS, AND STANISLAUS )<br>COUNTY SHERIFF,              )<br>)<br>Defendants.                    )<br>_____ ) | CV F 04-6121   AWI DLB<br><br>ORDER VACATING HEARING DATE OF NOVEMBER 6, 2006, AND HOLDING MOTION FOR SUMMARY JUDGMENT IN ABEYANCE |

Defendants City of Modesto, et al. ("Defendants") have noticed a motion for summary judgment. The motion was scheduled for oral argument to be held on November 6, 2006. The court is recently informed that Plaintiffs filed a motion to amend the complaint on October 27, 2006. The hearing on that motion is set before the magistrate judge on December 15, 2006.

Generally, it is the practice of the court to deny as moot any dispositive motions that are pending at the time the complaint is amended. The court's need to manage its scarce judicial resources efficiently prevents the court from giving consideration to arguments of the parties that may be mooted by further amendment of the complaint. Consequently, the court must decline Plaintiff's invitation to schedule consideration of the motion for leave to amend

and the motion for summary judgment at the same hearing.  Rather, the court will hold Defendants' motion for summary judgment in abeyance until the magistrate judge's ruling on Plaintiff's motion to amend the complaint is issued.  Upon notice of the magistrate judge's ruling, this court will either deny the pending motion for summary judgment as moot if the motion to amend is granted, or will reset the date for consideration of oral arguments on Defendants' motion for summary judgment if the motion to amend is denied.

The parties may advance the date for oral argument on Plaintiff's motion to amend the complaint in a manner agreeable to the parties and subject to availability of the magistrate court.

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 6, 2006, is VACATED, and no party shall appear at that time.

IT IS SO ORDERED.

**Dated:     November 1, 2006**                           **/s/ Anthony W. Ishii**
0m8i78                                                                      UNITED STATES DISTRICT JUDGE

2