1  **PORTER, SCOTT, WEIBERG & DELEHANT**
   A Professional Corporation
2  Terence J. Cassidy, SBN 099180
   Kristina M. Hall, SBN 196794
3  350 University Avenue, Suite 200
   Sacramento, California 95825
4  (916) 929-1481
   (916) 927-3706 (facsimile)
5
   **STANISLAUS COUNTY COUNSEL**
6  Michael H. Krausnick
   W. Dean Wright
7  County Administration Building
   P.O. Box 74
8  Modesto, CA 95353
   (209) 525-6376
9  (209) 525-4473 (facsimile)

10 Attorneys for Defendants COUNTY OF STANISLAUS, STANISLAUS COUNTY
   SHERIFF, LES WEIDMAN, PAUL CARUSO, JEFF GROVER, TOM MAYFIELD, PAT
11 PAUL and RAY SIMON

12

13

14             UNITED STATES DISTRICT COURT

15             EASTERN DISTRICT OF CALIFORNIA

16

| 17 | THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT, SOUTH | Case No.: 1: 04 CV 6121 AWI DLB |
|---|---|---|
| 18 | UNITED NEIGHBORS, DAVID CARO, MANUEL ESPINO, HORTENCIA | |
| 19 | FRANCO, LUPE HUESCA, FLORINDA LAUREANO, ENA LOPEZ, BLANCA | **STIPULATION AND ORDER TO EXTEND PRE-TRIAL DEADLINES** |
| 20 | MARTINEZ, GRISELDA MARTINEZ, SALVADOR GUTIERREZ MARTINEZ, | |
| 21 | JAZMIN MERCADO, JUAN MERCADO, MAGDALENA MERCADO, JUAN PEREZ, | |
| 22 | GLORIA PIMENTEL, ALFONSO RIVERA, DARREN SCHAEFFER, AND ELVIRA | |
| 23 | VILLALOBOS, | |
| 24 | Plaintiffs, | |
| 25 | vs. | |
| 26 | CITY OF MODESTO, COUNTY OF STANISLAUS, STANISLAUS COUNTY | |
| 27 | SHERIFF, STANISLAUS REGIONAL 911, and the following individuals in their official | |
| 28 | capacities: LES WEIDMAN, JIM | |

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

1

1  RIDENOUR, JANICE KEATING, BOB
2  DUNBAR, DENNY JACKMAN, GARRAD MARSH, WILL O'BRYANT, PAUL CARUSO, JEFF GROVER, TOM
3  MAYFIELD, PAT PAUL, AND RAY SIMON,
4
5              Defendants.
                                              /

6    Plaintiffs THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT,
7  SOUTH UNITED NEIGHBORS, DAVID CARO, MANUEL ESPINO, HORTENCIA
8  FRANCO, ENA LOPEZ, GRISELDA MARTINEZ, SALVADOR GUTIERREZ
9  MARTINEZ, JAZMIN MERCADO, JUAN MERCADO, MAGDALENA MERCADO,
10 JUAN PEREZ, GLORIA PIMENTEL, ALFONSO RIVERA and DARREN SCHAEFFER,
11 and Defendants COUNTY OF STANISLAUS, STANISLAUS COUNTY SHERIFF, LES
12 WEIDMAN, PAUL CARUSO, JEFF GROVER, TOM MAYFIELD, PAT PAUL and RAY
13 SIMON and the CITY OF MODESTO hereby stipulate to extend time as specified in the
14 Stipulation and Order Extending Deadlines filed on May 23, 2006.
15   The parties have now timely participated in the initial disclosure of experts witnesses
16 and reports as well as the disclosure of supplemental/rebuttal expert witnesses and reports.
17 Due to the large number of expert witnesses disclosed on behalf of all parties, as well as the
18 geographic locations of those expert witnesses the parties have not been able to complete all
19 expert discovery, including the depositions of the respective expert witnesses within the
20 deadline of December 18, 2006 as stated in the Stipulation Order Extending Deadlines filed
21 on May 23, 2006.  As a result the Defendants will not be prepared to file their respective
22 Motions for Summary Judgment/Adjudication on or before the deadline of January 12, 2007.
23 The parties believe in good faith that all expert discovery and the filing of the dispositive
24 motions can now be accomplished in the schedule set forth below:

25 Last Day to Complete Expert Discovery                           January 19, 2007
26 Last Day to File Dispositive Motions                            February 6, 2007
27 Last Day to File Joint Pre-trial Statement                      March 16, 2007
28 Final Pre-trial Conference                                      March 23, 2007

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
*www.pswdlaw.com*

2
**STIPULATION AND ORDER TO EXTEND PRE-TRIAL DEADLINES**
00472830.WPD

1    All other pre-trial limitations and trial to remain as scheduled.

2    Dated: December 26, 2006         HELLER EHRMAN WHITE & McAULIFFE

3

4                                     By /s/ Brian P. Brosnahan
                                         Brian P. Brosnahan
                                         Attorneys for Plaintiffs
5

6    Dated:  December 26, 2006        PORTER, SCOTT, WEIBERG & DELEHANT
                                      A Professional Corporation
7

8                                     By /s/ Terence J. Cassidy
                                         Terence J. Cassidy
9                                        Kristina M. Hall
                                         Attorneys for Defendants
10                                       COUNTY OF STANISLAUS,
                                         STANISLAUS COUNTY SHERIFF, LES
11                                       WEIDMAN, PAUL CARUSO, JEFF
                                         GROVER, TOM MAYFIELD, PAT PAUL
12                                       and RAY SIMON

13   Dated:  December 26, 2006         HOWREY SIMON ARNOLD AND WHITE

14
                                       By /s/ John E. McDermott
15                                        John E. McDermott
                                          Attorneys for Defendant
16                                        CITY OF MODESTO

17                                      **ORDER**

18       Having considered the Stipulation of the parties to continue the dates, good cause

19   appearing therefor;

20       IT IS HEREBY ORDERED that the Schedule in this case be modified as follows:

21   Last Day to Complete Expert Discovery                              January 19, 2007

22   Last Day to File Dispositive Motions                                February 6, 2007

23   Last Day to File Joint Pre-trial Statement                          March 16, 2007

24   Final Pre-trial Conference                                          March 23, 2007

25       All other pre-trial limitations and trial to remain as scheduled.

26    IT IS SO ORDERED.

27      Dated:   **December 26, 2006**              **/s/ Dennis L. Beck**
     3b142a                                  UNITED STATES MAGISTRATE JUDGE
28

LAW OFFICES OF
PORTER, SCOTT,
WEIBERG & DELEHANT
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

3

**STIPULATION AND ORDER TO EXTEND PRE-TRIAL DEADLINES**

00472830.WPD