IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF MODESTO, et al.,<br><br>Defendants.<br>_____/ | CASE NO. CV F 04-6121 LJO DLB<br><br>**ORDER ON DEFENSE MOTIONS AND SCHEDULING**<br>(Docs. 195, 202, 227, 226, 234.) |

On February 13, 2007, this action was reassigned from U.S. District Judge Anthony Ishii to U.S. District Judge Lawrence J. O'Neill. Pursuant to Judge Ishii's February 8, 2007 order, plaintiffs are soon to file a Third Amended Complaint. Pending before the Court are defendants County of Stanislaus and Stanislaus County Sheriff's motion for leave to amend answer (doc. 227), summary judgment motion (doc. 226) and related ex parte application (doc. 234) and defendant City of Modesto's summary judgment motions (docs. 195, 202). This Court finds the defense motions improper for decision until plaintiffs have filed their operative complaint. After plaintiffs' operative complaint is in order, this Court will be in position to entertain defense motions, which may be rendered moot in part by stipulation or otherwise. As such, this Court:

    1.    STRIKES defendants County of Stanislaus and Stanislaus County Sheriff's motion for leave to amend answer (doc. 227), summary judgment motion (doc. 226) and related ex parte application (doc. 234) and defendant City of Modesto's summary judgment

1           motions (docs. 195, 202);

2    2.    DIRECTS the parties to consider resetting motion, discovery, pretrial conference and
3           trial dates by stipulation or motion to amend scheduled dates. Upon the parties' joint
4           request, this Court will conduct a status conference to address defense motions and
5           efficiency to address plaintiffs' claims, including bifurcation of issues. The parties may
6           jointly request a status conference by telephoning (559) 499-5680; and
7    3.    ADMONISHES the parties to comply with this Court's standing order filed concurrently
8           with this order.

IT IS SO ORDERED.

**Dated:    February 13, 2007**                    **/s/ Lawrence J. O'Neill**
66h44d                                             UNITED STATES DISTRICT JUDGE

2