John E. McDermott (SBN 51047)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, California  90071
Telephone:  (213) 892-1800
Facsimile:  (213) 892-2300

Susan Alcala Wood (SBN 156366)
Roland R. Stevens (SBN 087040)
Alison Barratt-Green (SBN 148360)
City Attorney-City of Modesto
1010 Tenth Street. Suite 6300
Modesto, California 95353
Telephone:  (209) 577-5284
Facsimile:  (209) 544-8260

Attorneys for Defendant City of Modesto

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT, SOUTH UNITED NEIGHBORS, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF MODESTO, *et al.*,<br><br>Defendants. | Case No. CIV-F-04-6121 LJO DLB<br><br>The Honorable Lawrence J. O'Neill<br><br>**STIPULATED JOINT SCHEDULING ORDER AND ORDER**<br><br>Action filed August 18, 2004 |

The parties hereby stipulate to the following revised schedule for discovery, motion, pretrial conference and trial dates:

1. Discovery is closed, except as otherwise agreed by the parties.

2. The deadline for non-dispositive motions, including motions to

amend, was November 3, 2006.

    3.    The agreed motion schedule shall be:

**MSJ #1**

| | |
|---|---|
| March 23 | City MSJ re sewer (25 pages) and City/County MSJ re Master Tax Sharing Agreement (25 pages) (MSJ #1) |
| April 13 | Plaintiffs' Opposition to #1 (25 pages) |
| April 27 | Reply on #1 |

**MSJ #2**

| | |
|---|---|
| May 8 | County MSJ re bilingual/sheriff due (25 pages) (MSJ #2) |
| May 30 | Plaintiffs' Opposition to #2 (25 pages) |
| June 12 | Reply on #2 |

**MSJ #3**

| | |
|---|---|
| May 22 | County MSJ re sewer, storm drains, etc. due (50 pages) (MSJ #3) |
| June 12 | Plaintiffs' Opposition to #3 (50 pages) |
| June 26 | Reply on #3 |

**MSJ #4**

| | |
|---|---|
| July 10 | County MSJ re parks, etc. due (25 pages) (MSJ #4) |
| July 31 | Plaintiffs' Opposition to #4 (25 pages) |
| August 14 | Reply on #4 |

      The Court sets no summary judgment hearings at this time.  The Court will consider the summary judgment motions on the record and if necessary, set hearings.

4.     Pretrial Conference Date and Time: December 11, 2007 at 8:30 a.m. in Dept. 4 (LJO)

5.     Trial Date and Time: March 3, 2008 at 9 a.m. in Dept. 4 (LJO).

                        CITY OF MODESTO

Dated:  March 7, 2007
Susana Alacala Wood
Roland R. Stevens
Alison Barratt-Green
City Attorney's Office

HOWREY LLP
John E. McDermott

                                          s/ John E.

                      By:
                      <u>McDermott</u>
                            John E. McDermott
                             Attorneys for City of Modesto

PORTER SCOTT WEIBERG &

Dated: March 7, 2007
DELEHANT
Terence J. Cassidy
Kristina M. Hall
350 University Avenue, Ste 200
Sacramento, CA 95825
Telephone: (916) 929-1481
Facsimile: (916) 927-3706

      s/ Terence J.

By:
Cassidy
    Terence J. Cassidy
MICHAEL KRAUSNICK

W. DEAN WRIGHT
COUNTY COUNSEL
COUNTY OF STANISLAUS
1010 10th Street, Suite 6400
Modesto, CA 95354
Telephone: (209) 525-6375
Facsimile: (209) 525-4473

Attorneys for County of Stanislaus

HELLER EHRMAN LLP

Dated: March 7, 2007

      s/ Brian P.

By:
Brosnahan
    Brian P. Brosnahan

HELLER EHRMAN LLP
Brian P. Brosnahan
Bethany A. Glover
Anagha Dandekar Clifford
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

LAWYERS COMMITTEE FOR
CIVIL RIGHTS
Robert Rubin
131 Steuart Street, Suite 400
San Francisco, CA  94105
Telephone:  (415) 543-9444
Facsimile:  (415) 543-0296


COVINGTON & BURLING LLP
Donald A. Brown
Elizabeth A. Brown
One Front Street
San Francisco, CA  94111
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091


COBLENTZ, PATCH,
DUFFY & BASS LLP
Howard A. Slavitt
Karen L. Jennings
One Ferry Building, Suite 200
San Francisco, CA  94111
Telephone:  (415) 772-5738
Facsimile:  (415) 989-1663

Attorneys for Plaintiffs


CALIFORNIA RURAL
LEGAL ASSISTANCE, INC.

Cynthia L. Rice
Ilene L. Jacobs
Jack E. Daniel
801 15th Street, Suite B
Modesto, CA  95354
Telephone:  (209) 577-3811
Facsimile:  (209) 577-1098

Attorneys for Plaintiffs Ena Lopez and
Alfonso Rivera

**ORDER**

IT IS SO ORDERED.

**Dated:    March 8, 2007           /s/ Lawrence J. O'Neill**
66h44d                    UNITED STATES DISTRICT JUDGE