IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT, et al, <br><br> Plaintiffs, <br> vs. <br> CITY OF MODESTO, et al, <br><br> Defendants. _____/ | CASE NO. CV-F-04-6121 LJO DLB <br><br> **ORDER GRANTING REQUEST TO FILE OVERSIZED DOCUMENTS** |

On May 30, 2007, Plaintiffs filed paper copies of Exhibits O and P to the Declaration to Brian P. Brosnahan in Support of Plaintiffs' Opposition to Defendants County of Stanislaus and Stanislaus County Sheriff's Motion for Summary Adjudication Regarding Law Enforcement and Bilingual Services. The Exhibits are large maps that are impractical to file electronically. With good cause shown, Plaintiffs request for an exemption to the requirement for electronic submission of these two exhibits pursuant to Local Rule 39-138(d) is GRANTED.

IT IS SO ORDERED.

**Dated:   June 5, 2007**                    /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE

1