1
**P O R T E R | S C O T T**
A PROFESSIONAL CORPORATION
2
Terence J. Cassidy, SBN 99180
Kristina M. Hall, SBN 196794
3
350 University Ave., Suite 200
Sacramento, California 95825
4
TEL: 916.929.1481
FAX: 916.927.3706
5

6
**STANISLAUS COUNTY COUNSEL**
Michael H. Krausnick
7
W. Dean Wright
County Administration Building
8
1010 10th Street, Suite 6400
Modesto, CA 95354
9
TEL: 209.525.6376
FAX. 209. 525.4473

10
Attorneys for Defendants COUNTY OF STANISLAUS and STANISLAUS COUNTY
SHERIFF
11

12

13
**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**
14

15

16
THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT, SOUTH UNITED NEIGHBORS, DAVID CARO, MANUEL ESPINO, HORTENCIA FRANCO, LUPE HUESCA, FLORINDA LAUREANO, ENA LOPEZ, BLANCA MARTINEZ, GRISELDA MARTINEZ, SALVADOR GUTIERREZ MARTINEZ, JAZMIN MERCADO, JUAN MERCADO, MAGDALENA MERCADO, JUAN PEREZ, GLORIA PIMENTEL, ALFONSO RIVERA, DARREN SCHAEFFER, AND ELVIRA VILLALOBOS,

                    Plaintiffs,

vs.

CITY OF MODESTO, COUNTY OF STANISLAUS, STANISLAUS COUNTY SHERIFF, STANISLAUS REGIONAL 911, and the following individuals in their official capacities: LES WEIDMAN, JIM RIDENOUR, JANICE KEATING, BOB DUNBAR, DENNY JACKMAN, GARRAD MARSH, WILL O'BRYANT, PAUL
17

18

19

20

21

22

23

24

25

26

27

28

Case No.: CIV-F 04-6121 LJO DLB

**EX PARTE APPLICATION AND DECLARATION OF COUNSEL IN SUPPORT THEREOF TO EXTEND PAGE LIMIT FOR DEFENDANT COUNTY OF STANISLAUS' REPLY TO OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION REGARDING SEWERS, CURBS, GUTTERS, SIDEWALKS, STORM DRAINS, AND TITLE VI CLAIMS IN RELATION THERETO; [PROPOSED] ORDER REGARDING PAGE EXTENSION**

1

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

**EX PARTE APPLICATION AND DECLARATION OF COUNSEL TO EXTEND PAGE LIMIT OF DEFENDANT'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION**

00510977.WPD

1  CARUSO, JEFF GROVER, TOM MAYFIELD, PAT PAUL, AND RAY
2  SIMON,

3               Defendants.
   _____/
4

5      Defendant COUNTY OF STANISLAUS ("Defendant") hereby submits this Ex Parte

6  Application for permission to file a Reply to the Opposition to Defendant's Memorandum

7  of Points and Authorities in Support of its Motion for Summary Adjudication Regarding

8  Sewers, Curbs, Gutters, Sidewalks, Storm Drainage, and Title VI claims related thereto in

9  excess of the ten-page limit set by the stipulation of the parties and as contained in the

10 Court's Standing Orders.

11               **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION**

12      I, Terence J. Cassidy, declare:

13      1.      I am an attorney at law, licensed to practice in and before all of the courts of

14 the State of California and the United States District Court for the Eastern District of

15 California, and am a shareholder with the Professional Corporation of Porter Scott, A

16 Professional Corporation, Attorneys of Record for Defendants COUNTY OF STANISLAUS

17 and STANISLAUS COUNTY SHERIFF in the above-captioned matter.

18      2.      Pursuant to the Court's direction, Plaintiffs and Defendants entered into a

19 stipulation approved by the Court regarding briefing schedules and page limitations for

20 Defendants' multiple motions for summary adjudication.  In that stipulation, the parties

21 agreed that each Motion and Opposition thereto would be limited to twenty-five pages, with

22 Defendants' Reply to each not to exceed ten pages.  The parties agreed to an exception for

23 the third motion pertaining to infrastructure, as the factual history would be lengthy.

24 Plaintiffs and Defendants stipulated to a fifty-page limit on the Motion and the Opposition.

25 A proportional increase in the page limitation for the Reply to the Opposition to the third

26 Motion was inadvertently omitted.

27 //

28      3.      On May 22, 2007, Defendant filed its fifty-page motion for summary

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2
**EX PARTE APPLICATION AND DECLARATION OF COUNSEL TO  EXTEND PAGE LIMIT OF DEFENDANT'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION**

00510977.WPD

adjudication as to Plaintiffs' claims of discrimination under the Equal Protection Clause regarding provision of sewer, curbs, gutters, sidewalks, and storm drainage, as well as Plaintiffs' Title VI claim regarding the funding of each type of municipal infrastructure. The Motion raised issues such as legal standards, burdens of proof for Plaintiffs' claims, applicability of Title VI, statute of limitations, demographics, standing, and so forth.

4.      Plaintiffs filed their Opposition to Defendant's Motion on June 12, 2007. The Opposition is forty-four pages long.

5.      Defendant has in good faith attempted to respond to the Opposition in the stipulated ten pages, but it has become apparent that it is impossible to properly address all the issues raised in Plaintiffs' Opposition within the ten-page limitation.  Rather, appropriate discussion of each issue raised requires significant legal analysis and application to a lengthy factual history. It is my intention to prepare a Reply that is as streamlined and direct as possible.  However, it is necessary that Defendant submit sufficient evidence to rebut any contention that purported discrimination was related to any intentional animus against Latinos.

6.      On Monday, June 18, 2007, I contacted counsel for Plaintiffs, Brian P. Brosnahan, by e-mail to seek a stipulation to extend the page limit by ten pages, meaning that the Reply would not exceed twenty pages.

7.      On Tuesday, June 19, 2007, Mr. Brosnahan responded by e-mail and stated that Plaintiffs have no objection to Defendant seeking ten additional pages to prepare its Reply, for a page limit not to exceed twenty pages total.   A true and correct copy of the e-mail correspondence requesting the page extension and Mr. Brosnahan's response to that request is attached hereto as Exhibit "A."

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct, and if called to testify as a witness in this matter I can and will testify competently as to the matters of fact contained herein based upon my personal knowledge.

Dated this 20th day of June, 2007, at Sacramento, California.

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

3

00510977.WPD

1    By   /s/ Terence J. Cassidy
                    Terence J. Cassidy
2                   Attorney for Defendants
                    COUNTY OF STANISLAUS and
3                   STANISLAUS COUNTY SHERIFF

4

                              **ORDER**
5

6          This Ex Parte Application for permission to file a Reply to Plaintiffs' Opposition to

7    Defendant's Memorandum of Points and Authorities in Support of Motion for Summary

8    Adjudication Regarding Sewers, Curbs, Gutters, Sidewalks and Storms Drainage, and Title

9    VI issues related thereto was filed by Defendant COUNTY OF STANISLAUS and was

10   entertained on an ex parte basis.  The Court has reviewed the motion and found good cause

11   to grant Defendant's request for a page extension.  Therefore:

12         **IT IS HEREBY ORDERED** that Defendant COUNTY OF STANISLAUS shall be

13   permitted to file a Reply to the Opposition designated above not to exceed twenty pages.

14   IT IS SO ORDERED.

     **Dated:     June 21, 2007**               /s/ Lawrence J. O'Neill
15                                          UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

4

**EX PARTE APPLICATION AND DECLARATION OF COUNSEL TO  EXTEND PAGE LIMIT OF
DEFENDANT'S REPLY TO OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION**

00510977.WPD