1    **P O R T E R | S C O T T**

A PROFESSIONAL CORPORATION

2    Terence J. Cassidy, SBN 99180
Kristina M. Hall, SBN 196794

3    350 University Ave., Suite 200
Sacramento, California 95825

4    TEL: 916.929.1481
FAX: 916.927.3706

5

**STANISLAUS COUNTY COUNSEL**

6    Michael H. Krausnick
W. Dean Wright

7    County Administration Building
1010 10th Street, Suite 6400

8    Modesto, CA 95354
TEL: 209.525.6376

9    FAX. 209. 525.4473

10   Attorneys for Defendants COUNTY OF STANISLAUS and STANISLAUS COUNTY
SHERIFF

11

12

13                    **UNITED STATES DISTRICT COURT**

14                    **EASTERN DISTRICT OF CALIFORNIA**

15

16   THE    COMMITTEE    CONCERNING          Case No.: CIV-F 04-6121 LJO DLB
COMMUNITY IMPROVEMENT, SOUTH

17   UNITED NEIGHBORS, DAVID CARO,
MANUEL    ESPINO,    HORTENCIA           **DEFENDANTS'    REQUEST    FOR**

18   FRANCO, LUPE HUESCA, FLORINDA          **LEAVE TO FILE A RESPONSE (SUR-**
LAUREANO, ENA LOPEZ, BLANCA              **SURREPLY)    TO    PLAINTIFFS'**

19   MARTINEZ,   GRISELDA   MARTINEZ,       **SURREPLY    REGARDING    LAW**
SALVADOR GUTIERREZ MARTINEZ,             **ENFORCEMENT AND BILINGUAL**

20   JAZMIN MERCADO, JUAN MERCADO,          **SERVICES;    ORDER    GRANTING**
MAGDALENA MERCADO, JUAN PEREZ,           **LEAVE TO FILE RESPONSE**

21   GLORIA PIMENTEL, ALFONSO RIVERA,
DARREN   SCHAEFFER,   AND   ELVIRA

22   VILLALOBOS,

23                Plaintiffs,

24   vs.

25   CITY   OF   MODESTO,   COUNTY   OF
STANISLAUS,   STANISLAUS   COUNTY

26   SHERIFF, STANISLAUS REGIONAL 911,
and the following individuals in their official

27   capacities:   LES   WEIDMAN,   JIM
RIDENOUR, JANICE KEATING, BOB

28   DUNBAR, DENNY JACKMAN, GARRAD

P O R T E R | S C O T T
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

**DEFENDANTS' REQUEST FOR LEAVE TO FILE A RESPONSE (SUR-SURREPLY) TO PLAINTIFFS'
SURREPLY REGARDING LAW ENFORCEMENT AND BILINGUAL SERVICES**

00511588.WPD

1    MARSH, WILL O'BRYANT, PAUL
     CARUSO, JEFF GROVER, TOM
2    MAYFIELD, PAT PAUL, AND RAY
     SIMON,
3
               Defendants.
4    _____/

5

6          Defendants COUNTY OF STANISLAUS and STANISLAUS COUNTY SHERIFF

7    hereby request the Court to provide them the opportunity to respond to Plaintiffs' Surreply

8    to Defendants' Reply to Opposition to the Motion for Summary Adjudication regarding Law

9    Enforcement and Bilingual Services, should the Court in fact entertain Plaintiffs' Surreply.

10         Plaintiffs have sought leave from the Court to file a "Surreply" to Defendants' Reply,

11   even the "request for leave" is in fact the Surreply unto itself and should be designated

12   accordingly.  In fact, Plaintiffs did not even designate an area for the Court to approve their

13   request for leave; rather, they submitted the Surreply and summarily contend that

14   Defendants' Motion should be denied.  Defendants request only the opportunity to respond

15   to certain issues raised in Plaintiffs' Surreply.  Issues that Defendants would address would

16   include the following:

17         1.      Plaintiffs' continued misinterpretation of liability under Monell.  Specifically,

18                 Plaintiffs misconstrue Monell as providing for agency-type liability, which is

19                 synonymous with the joint and several liability arguments Plaintiffs seek to

20                 advance. The Supreme Court has clearly spoken as to this issue and held that

21                 agency liability, also known as *respondeat superior* liability, is not available

22                 under Monell to impute liability.  What Plaintiffs seek to do in their Surreply

23                 is to circumvent Monell and attempt to impute liability to the County for the

24                 actions of an independent agency – something Monell does not allow.

25         2.      If granted leave to respond, Defendants also will argue that Plaintiffs' attempts

26                 to impute liability through JPA SR-911 to the County constitute nothing more

27                 than Plaintiffs' further attempt to advance their "entwinement" theory, which

28                 the Court has previously rejected as applied to two independent public entities.

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

**DEFENDANTS' REQUEST FOR LEAVE TO FILE A RESPONSE (SUR-SURREPLY) TO PLAINTIFFS'
SURREPLY REGARDING LAW ENFORCEMENT AND BILINGUAL SERVICES**

00511588.WPD

1    Order of December 29, 2006, at 9:11-23.

2    3.    Defendants also will refute Plaintiffs' arguments regarding inapplicability of

3    the provisions of the California Tort Claims Act ("CTCA") to federal civil

4    rights claims. In particular, Defendants will provide additional legal standards

5    and precedent that dictate that CTCA and Section 1983 operate independently

6    of one another and that the provisions of CTCA cannot impute liability to the

7    County for SR-911 under the parameters established by Monell. For example,

8    just as Defendants are not permitted to enjoy the immunities afforded by the

9    relevant Government Code sections in the CTCA, so too are its remaining

10   provisions inapplicable to federal civil rights action, particularly those seeking

11   equitable relief, as the CTCA is applicable only to actions for damages.

12   4.    Defendants would respond to Plaintiffs' contentions regarding the testimony

13   and report of Dr. Stephen Klein. Notably, Defendants did not put Dr. Klein

14   testimony at issue; Plaintiffs first raised it in their Opposition. Defendants'

15   citation to Dr. Klein's testimony and report was to rebut Plaintiffs'

16   characterization thereof. Defendants also will further accurately explain the

17   conclusions of Dr. Klein if permitted to file a Response.

18   The foregoing represent only a cursory overview of the arguments which Defendants

19   would raise and expand upon given leave by the Court to file a Response to Plaintiffs'

20   Surreply. It is plain that Plaintiffs have once again filed a Surreply without leave of the

21   Court in an attempt to salvage their case.[1] Defendants thus respectfully reserve their right

22   to respond and hereby request that the Court provide them the Opportunity to do so if

23   Plaintiffs' request is granted.

24   ///

25                              Respectfully submitted,

26

27        [1] Plaintiffs have also filed "Surreplies" in the past without leave of Court. On May 11, 2007, Plaintiffs filed
     similar papers to the Joint City-County Summary Adjudication Motion regarding the Master Tax Sharing Agreement and
28   also to the City of Modesto's Summary Adjudication Motion regarding Sewers.

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

3

**DEFENDANTS' REQUEST FOR LEAVE TO FILE A RESPONSE (SUR-SURREPLY) TO PLAINTIFFS'
SURREPLY REGARDING LAW ENFORCEMENT AND BILINGUAL SERVICES**

00511588.WPD

1   Dated:  June 21, 2007                    PORTER SCOTT
                                            A Professional Corporation
2

3
                                           By  /s/ Terence J. Cassidy
4                                               Terence J. Cassidy
                                                Attorney for Defendants
5                                               COUNTY OF STANISLAUS and
                                                STANISLAUS COUNTY SHERIFF
6

7

8                                  **ORDER**

9        This request by for leave to file a Response ("Sur-Surreply") to Plaintiffs' Surreply

10   to the Reply to Opposition to Defendant's Memorandum of Points and Authorities in Support

11   of Motion for Summary Adjudication Regarding Law Enforcement and Bilingual Services

12   was filed by Defendants COUNTY OF STANISLAUS and STANISLAUS COUNTY

13   SHERIFF.  The Court has reviewed the request and found good cause to grant Defendants'

14   request to file said Response.  Therefore:

15        **IT IS HEREBY ORDERED** that Defendants COUNTY OF STANISLAUS and

16   STANISLAUS COUNTY SHERIFF shall be permitted to file a Response ("Sur-Surreply")

17   to the Reply to the Opposition designated above.

18   IT IS SO ORDERED.

19   **Dated:   June 21, 2007**                    **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

                                      4

00511588.WPD