IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT, et al,<br><br>        Plaintiffs,<br>    vs.<br><br>CITY OF MODESTO, et al,<br><br>        Defendants.<br>_____ / | CASE NO. CV-F-04-6121 LJO DLB<br><br>**ORDER GRANTING REQUEST TO SURREPLY TO COUNTY'S REPLY TO MOTION RE SEWERS, SIDEWALKS, CURBS, AND GUTTERS** |

On June 28, 2007, plaintiffs filed a request to file a surreply to a motion for summary judgment pending before this Court. (Doc. 333 (Motion), Doc. 393 (Request).)

The request by plaintiffs for leave to file a surreply to the County's Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Adjudication Regarding Sewers; Sidewalks, Curbs and Gutters; Storm Drains; and Title VI Claim in Relation Thereto has been filed by plaintiffs and reviewed by the Court. The Court finds good cause to grant the request. Therefore: IT IS HEREBY ORDERED that plaintiffs shall be permitted to file a surreply to the reply designated above. The memorandum of points and authorities shall be limited to no more than 10 pages. Evidentiary support shall not limited in length. The surreply shall be filed no later than July 10, 2007.

IT IS SO ORDERED.

**Dated:   June 29, 2007**                          **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE