# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF MODESTO, et al, <br><br> Defendants. _____/ | CASE NO. CV-F-04-6121 LJO DLB <br><br> **ORDER FOR RESPONSE BY PLAINTIFFS ON DEFENDANTS' EX PARTE REQUEST** (Doc. 397) |

On July 10, 2007, defendants filed a request to address plaintiffs' state law claims in defendants' fourth motion for summary judgment.

The Court directs plaintiffs to file a response to defendants' request no later than July 16, 2007. The response shall focus on prejudice plaintiffs have or will suffer from a potential grant of defendants' request. The response shall be limited to three pages. No reply by defendants will be permitted.

IT IS SO ORDERED.

**Dated:   July 11, 2007**              /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE

1