IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT, et al,<br><br>            Plaintiffs,<br>    vs.<br><br>CITY OF MODESTO, et al,<br><br>            Defendants.<br>_____/ | CASE NO. CV-F-04-6121 LJO DLB<br><br>**ORDER ON DEFENDANTS' REQUEST TO FILE A SUR-SURREPLY**<br>(Doc. 411) |

On July 11, 2007, defendants filed a request for leave to file a response (sur-surreply) to plaintiffs' surreply regarding the motion for summary judgment on the issues of sewers, curbs, storm drains, curbs, gutters and sidewalks, etc.

The Court has reviewed defendants' request and DENIES the request for leave to file a sur-surreply. Should the Court require further briefing upon further review of the papers in support of the motion and in opposition of the motion, the Court will revisit defendants' request.

IT IS SO ORDERED.

**Dated:**   July 12, 2007                            /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE

1