**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT, et al,<br><br>　　　　　　　Plaintiffs,<br>　　vs.<br>CITY OF MODESTO, et al,<br>　　　　　　　Defendants.<br>_____/ | CASE NO. CV-F-04-6121 LJO DLB<br><br>**ORDER ON DEFENDANTS'** *EX PARTE* **REQUEST TO ADDRESS GOVERNMENT CODE CLAIM IN THE FOURTH MOTION FOR SUMMARY JUDGMENT** (Doc. 397) |

On July 10, 2007, defendants filed an *ex parte* request to address plaintiffs' state law claims in defendants' fourth motion for summary judgment. On July 16, 2007, plaintiffs responded to the Court's request for a response to the *ex parte*. Plaintiffs indicated that they would not suffer prejudice.

For good cause shown, the Court GRANTS Defendants County of Stanislaus' and Stanislaus County Sheriff's *ex parte* request to include arguments addressing plaintiffs' claims under California Government Code Section 11135 in defendants' fourth motion for summary adjudication.

IT IS SO ORDERED.

**Dated:   July 17, 2007**　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE