# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT, et al, <br><br> Plaintiffs, <br> vs. <br> CITY OF MODESTO, et al, <br><br> Defendants. | CASE NO. CV-F-04-6121 LJO DLB <br><br> **ORDER TO CORRECT JULY 2, 2007 ORDER** (Doc. 395) |

The Court's Order on defendant's motion for summary adjudication on law enforcement and bilingual services signed on July 2, 2007 (Doc. 395) inadvertently included typographical errors. This order shall correct those errors and this errata shall be incorporated into the July 2, 2007 order. Specifically, the corrections to be made are as follows:

1. p. 5, line 10: "parties" is corrected to "City;"

2. p. 6, line 2: "to" is corrected to "do;"

3. p. 18, line 13, "*respondant*" is corrected to read as "*respondeat*;"

4. p. 19: "*Moa*" is corrected to "*Moua*;" and

5. P. 22, lines 10-11, "Klein" is corrected to "Stein."

IT IS SO ORDERED.

Dated:   July 24, 2007              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1