IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT, et al,<br><br>           Plaintiffs,<br>    vs.<br>CITY OF MODESTO, et al,<br><br>           Defendants.<br>_____/ | CASE NO. CV-F-04-6121 LJO DLB<br><br>**ORDER DENYING REQUEST TO FILE SURREPLY TO COUNTY'S REPLY TO MOTION RE PARKS** |

On August 20, 2007, plaintiffs filed a request to file a surreply to a motion for summary judgment pending before this Court. (Doc. 398 (Motion), Doc. 429 (Request).)

The request by plaintiffs for leave to file a surreply to the County's Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Adjudication Regarding Parks has been reviewed and considered by the Court. The County's reply was filed on August 14, 2007. (Doc. 425.) Plaintiffs seek to submit additional evidence on two issues: (1) the relationship between the County Board of Supervisors and the Stanislaus County Children and Families Commission, and (2) the standing of plaintiffs Espino and Franco.

The Court has reviewed the request and does not find a surreply warranted. The Court's order did not decide the issue of standing, as the Court resolved the issues on the merits. Therefore, further argument and evidence on this issue is irrelevant.

Further, evidence of the relationship between the County Board of Supervisors and the Stanislaus County Children and Families Commission is irrelevant to the Court's decision. Even if plaintiffs could

1 show "control," plaintiffs do not proffer to introduce evidence that shows the County owns this park or
2 that the money came from the County. In addition, plaintiffs do not offer evidence to support an
3 inference of discrimination. Rather, plaintiffs rely on "impact" evidence which this Court has held, in
4 and of itself, is insufficient to raise an issue of fact on the intentional discrimination claims.
5      Accordingly, the request to file a surreply is DENIED.
6 IT IS SO ORDERED.
7 **Dated:   August 21, 2007**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE