1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

8

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10  THE COMMITTEE CONCERNING                      CASE NO. CV-F-04-6121 LJO DLB
    COMMUNITY IMPROVEMENT, et al,

11                                                **ORDER APPROVING SUPERSEDEAS**
                                                  **BOND**

12                    Plaintiffs,
          vs.

13

    CITY OF MODESTO, et al,

14

                      Defendants.

15  _____/

16        On January 9, 2008, plaintiffs filed an *ex parte* application to approve a supersedeas bond as

17  security against execution on the judgment.  The application was brought pursuant to Federal Rule of

18  Civil Procedure 62(d), Federal Rule of Appellate Procedure 8(a)(1)(B) and Local Rule 65.1-151.  The

19  application attached the fully executed bond.  The bond is issued by American Contractors Indemnity

20  Company in the amount of $12,635.19 to secure the $10, 108.15 judgment in this matter.  The bond

21  amount is 125% of the judgment.

22        Defendant City of Modest has not filed an opposition to approval of the supersedeas bond.

23        Accordingly, upon the review of the bond issued by American Contractors Indemnity Company

24  and it appearing to comply with the provisions of Local Rule 65.1-151 and 31 U.S.C. §§ 9304-06, the

25  Court hereby   APPROVES the supersedeas bond in the sum of $12,635.19 issued by American

26  Contractors Indemnity Company.

27  / / /

28  / / /

1

1    In accordance, with Fed.R.Civ.P. 62(d), execution of the judgment is stayed with the approval

2  of the supersedeas bond.

3    The clerk of the Court is directed to file the bond in the Court file.

4  IT IS SO ORDERED.

5  **Dated:    January 22, 2008**                                    /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28