IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT, et al, <br><br> Plaintiffs, <br> vs. <br> CITY OF MODESTO, et al, <br><br> Defendants. _____/ | CASE NO. CV-F-04-6121 LJO DLB <br><br> **ORDER TO SHOW CAUSE TO STANISLAUS REGIONAL 911 AND ORDER FOR SERVICE** |

**TO DEFENDANT STANISLAUS REGIONAL 911 AND ITS ATTORNEY OF RECORD:**

On October 8, 2009, the United States Court of Appeal for the Ninth Circuit, affirmed in part, reversed in part and remanded to this Court the above case in which you are a named defendant. In light of the Ninth Circuit's Order, you may have been returned to this case as a defendant and subject to liability upon plaintiffs' claims. You are directed to find counsel for your representation no later than July 2, 2010. You are ordered to show cause in writing as to (1) your attorney representation, and (2) your status in this case as you believe it to be based upon the Ninth Circuit's decision. *See The Committee Concerning Community Improvement v. City of Modesto*, 583 F.3d 690 (9th Cir. 2009). Counsel must file such show of cause with the Court no later than noon on July 12, 2010.

The Clerk of the Court is directed to serve this Order to Show Cause on Lucian Thomas, Director, Stanislaus Regional 911, 3705 Oakdale Rd., Modesto CA 95357.

IT IS SO ORDERED.

**Dated:   June 17, 2010**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1