KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Brian P. Brosnahan (SBN 112894)
Jacob N. Foster (SBN 250785)
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
Robert Rubin (SBN 85084)
131 Steuart Street, Suite 400
San Francisco, California 94105
Telephone: (415) 543-9444
Telecopier: (415) 543-0296

Attorneys For Plaintiff
THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT, et al.,<br><br>             Plaintiffs,<br><br>     v.<br><br>CITY OF MODESTO, et al.<br><br>             Defendants. | Case No.: Civ. F-04-6121 LJO DLB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DATE FOR SUBMITTING SETTLEMENT CONFERENCE STATEMENTS**<br><br>**Action filed:** August 18, 2004<br><br>**Hearing date:** None<br><br>**Judge:** The Honorable Lawrence J. O'Neill |

1  WHEREAS, on June 18, 2010, the Court entered an Order After Status Conference;
2  Reinstating Claims; Setting Briefing Schedule and a Settlement Conference; Order Directing
3  Service ("Order After Status Conference"), which, in Number 4 thereof, set a settlement
4  conference for August 24, 2010, and required the parties to submit confidential settlement
5  conference statements no later than July 27, 2010;

6  WHEREAS, the parties have been engaged in briefing on the potential reinstatement of
7  Defendant Stanislaus Regional 911 and various discovery issues;

8  WHEREAS, the parties believe that having additional time to prepare their confidential
9  settlement conference statements before presenting the issues to the Court will assist them in
10 potentially resolving and narrowing areas of dispute and will benefit the Court by allowing them
11 to streamline and better frame the issues they may need to present to the Court for resolution at the
12 settlement conference;

13 IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel
14 for the parties:

15  1.  Number 4 of the Order After Status Conference dated June 18, 2010, is amended
16 nunc pro tunc such that the date for submitting the confidential settlement conference statements,
17 currently set for July 27, 2010, is extended until August 10, 2010.

18  2.  All other provisions of Number 4 of the Order After Status Conference, and the
19 remainder of the Order After Status Conference, shall remain unchanged and in full force and
20 effect.

21

22 Dated:     July 21    , 2010   KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
23                                 101 California Street, Suite 2300
                                   San Francisco, CA 94111
24                                 Telephone: (415) 421-6140
                                   Facsimile: (415) 398-5030
25                                 *Attorneys for Plaintiffs*

26

27                                 By:   /s/ Brian P. Brosnahan
28

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, California 94111

8069691v2
7/22/2010 4:06 PM

| | |
|---|---|
| Dated: _____ July 21 _____, 2010 | PORTER SCOTT<br>A Professional Corporation<br>350 University Avenue, Suite 200<br>Sacramento, CA 95825<br>(916) 929-1481<br>*Attorneys for Defendants County of Stanislaus and Stanislaus County Sheriff* |
| | By: __/s/ Kristina M. Hall__ |
| Dated: _____ July 21 _____, 2010 | HOWREY LLP<br>550 S. Hope Street, Suite 1100<br>Los Angeles, CA 90071<br>Telephone: (213) 892-1800<br>Facsimile: (213) 892-2300<br>*Attorneys for Defendant City of Modesto* |
| | By: __/s/ Richard Burdge__ |

ORDER

Based upon the stipulation of the parties, the Court **ORDERS** that the confidential settlement conference statements, currently due on July 27, 2010, shall be provided to jltorders@caed.uscourts.gov by August 10, 2010.

IT IS SO ORDERED.

Dated: **July 22, 2010**          **/s/ Jennifer L. Thurston**
                            UNITED STATES MAGISTRATE JUDGE

8069691v2
7/22/2010 4:06 PM

2
STIPULATION AND [PROPOSED] ORDER REGARDING DATE FOR SUBMITTING SETTLEMENT CONFERENCE STATEMENTS; Case No. Civ. F-04-6121 LJO DLB