1  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   Brian P. Brosnahan (SBN 112894)
2  Jacob N. Foster (SBN 250785)
   101 California Street, Suite 2300
3  San Francisco, CA 94111
   Telephone: (415) 421-6140
4  Facsimile: (415) 398-5030

Attorneys for Plaintiff
THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT

Additional Counsel Listed on Last Page

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT, et al., | CASE NO. Civ. 04-cv-06121 LJO DLB |
|---|---|
| Plaintiffs, | **STIPULATION AND PROPOSED ORDER RESCHEDULING SETTLEMENT CONFERENCE** |
| vs. | |
| CITY OF MODESTO, et al., | Date: November 15, 2010<br>Time: 9:00 a.m. |
| Defendants. | Magistrate Judge: Jennifer L. Thurston<br>Department: Courtroom 1 |

It is HEREBY STIPULATED by and between all counsel that the Settlement Conference previously scheduled for November 1, 2010 shall be rescheduled to November 15, 2010.

/

/

Stipulation and Proposed Order Rescheduling Settlement Conference

| | | |
|---|---|---|
| 1 | Dated: August 31, 2010 | CALIFORNIA RURAL LEGAL ASSISTANCE, INC. |

*Ilene J. Jacobs*
Ilene J. Jacobs
Attorneys for Ena Lopez and Alfonso Rivera

Dated:   KASOWITZ, BENSON, TORRES & FRIEDMAN  LLP

*Brian P. Brosnahan*
Brian P. Brosnahan
Attorneys for Plaintiffs

Dated:   HOWREY LLP

*/s/ (authorized via e-mail)*
Richard J. Burdge, Jr.
Attorney for Defendant CITY OF MODESTO

Dated:   PORTER SCOTT

*/s/ (authorized via e-mail)*

Terence J. Cassidy
Kristina M. Hall
Attorneys for Defendant COUNTY OF STANISLAUS,
STANISLAUS COUNTY SHERIFF

**ORDER**

IT IS SO ORDERED.

Dated:   **September 1, 2010**                              **/s/ Jennifer L. Thurston**
                                                                                UNITED STATES MAGISTRATE JUDGE