KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Brian P. Brosnahan (SBN 112894)
Jacob N. Foster (SBN 250785)
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
Robert Rubin (SBN 85084)
131 Steuart Street, Suite 400
San Francisco, California 94105
Telephone: (415) 543-9444
Telecopier: (415) 543-0296

Attorneys For Plaintiff
THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MODESTO, et al. <br><br> Defendants. | Case No.: Civ. F-04-6121 LJO DLB <br><br> **STIPULATION AND ORDER REGARDING PLAINTIFFS' FOURTH AMENDED COMPLAINT** <br><br> **Action filed:** August 18, 2004 <br><br> **Hearing date:** None <br><br> **Judge:** The Honorable Lawrence J. O'Neill |

1  WHEREAS, on August 27, 2010, the Court entered an Order on Plaintiffs' Motion to File Fourth Amended Complaint, which granted the Plaintiffs' motion to amend the complaint in conformance with the Order, required Plaintiffs to meet and confer with Defendants regarding the claims and facts contained within the Fourth Amended Complaint, and required Plaintiffs to file a further amended complaint within 30 days of the Order;

WHEREAS, there have been changes in status of certain of the named plaintiffs and the Fourth Amended Complaint has been modified to reflect their current status and to add a paragraph asserting that the remaining plaintiffs from the Bret Harte and Hatch-Midway neighborhoods have standing to pursue claims on behalf of residents in Robertson Road or Rouse-Colorado;

WHEREAS, the parties have met and conferred and have reached an agreement regarding the form of the Fourth Amended Complaint;

WHEREAS, Defendants do not object to the filing of the Fourth Amended Complaint, but reserve all rights to move to dismiss, including but not limited to moving to dismiss claims brought by plaintiffs from the Bret Harte and Hatch-Midway neighborhoods with respect to the Robertson Road or Rouse-Colorado neighborhoods;

WHEREAS, a redlined version tracking changes from the Third Amended Complaint and clean copy of the Fourth Amended Complaint are attached to this stipulation as exhibits A and B, respectively.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties:

1.  The Fourth Amended Complaint may be filed.

Dated: September 27, 2010

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030
*Attorneys for Plaintiffs*

By:   /s/ Brian P. Brosnahan

Dated: September 27, 2010         PORTER SCOTT
                                  A Professional Corporation
                                  350 University Avenue, Suite 200
                                  Sacramento, CA 95825
                                  (916) 929-1481
                                  *Attorneys for Defendants County of Stanislaus and Stanislaus County Sheriff*

                                  By:   /s/ Terence Cassidy

Dated: September 27, 2010         HOWREY LLP
                                  550 S. Hope Street, Suite 1100
                                  Los Angeles, CA 90071
                                  Telephone: (213) 892-1800
                                  Facsimile: (213) 892-2300
                                  *Attorneys for Defendant City of Modesto*

                                  By:   /s/ Richard J. Burdge

Dated: September 27, 2010         MORENO & RIVERA LLP
                                  1415 River Park Drive
                                  Suite 145
                                  Sacramento, CA 95815
                                  Telephone: (916) 922-1200
                                  Facsimile: (916) 922-1301
                                  *Attorneys for Defendant Consolidated Emergency Dispatch Agency*

                                  By:   /s/ Jesse Rivera

IT IS SO ORDERED.

   Dated:   **October 1, 2010**                /s/ Dennis L. Beck
                                       UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' FOURTH AMENDED COMPLAINT;
Case No. Civ. F-04-6121 LJO DLB