KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Brian P. Brosnahan (SBN 112894)
Jacob N. Foster (SBN 250785)
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
Robert Rubin (SBN 85084)
131 Steuart Street, Suite 400
San Francisco, California 94105
Telephone:  (415) 543-9444
Telecopier:  (415) 543-0296

Attorneys For Plaintiff
THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MODESTO, et al. <br><br> Defendants. | Case No.: Civ. F-04-6121 LJO DLB <br><br> **STIPULATION AND ORDER** <br><br> **Action filed:**  August 18, 2004 <br><br> **Hearing date:**  None <br><br> **Judge:**  The Honorable Lawrence J. O'Neill |

1

STIPULATION AND [PROPOSED] ORDER; Case No. Civ. F-04-6121 LJO DLB

1  WHEREAS, on October 4, 2010, Plaintiffs filed the Fourth Amended Complaint pursuant to the stipulation of the parties and Order of the Court;

WHEREAS, on October 21, 2010, Defendants County of Stanislaus and Stanislaus County Sheriff filed and served a Motion to Dismiss the Fourth Amended Complaint and Motion to Strike (the "County's Motion"), which was joined by Defendant City of Modesto and Defendant Consolidated Emergency Dispatch Agency ("SR911");

WHEREAS, on October 21, 2010, SR911 also filed and served its own Motion to Dismiss the Fourth Amended Complaint on the grounds that Plaintiffs abandoned SR911 as a party ("SR911's Motion");

WHEREAS, oral argument on the County's Motion and SR911's Motion are currently scheduled before the Court on November 22, 2010;

WHEREAS, Plaintiffs wish to have additional time to brief their opposition to the County's Motion and SR911's Motion because of scheduling conflicts and ongoing discovery and settlement practice, Defendants wish to have additional time to brief their replies, and the parties have conferred and agreed to a new briefing schedule and hearing date thereon.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties:

1. The hearing date for the County's Motion and SR911's Motion shall be reset for Wednesday, December 15, 2010, and oral argument shall be set for 8:30 a.m. on that date.

2. The briefing schedule for both the County's Motion and SR911's Motion shall be as follows:

- Opposition due:        Wednesday, November 24, 2010
- Reply due:             Wednesday, December 8, 2010

Dated: November 2, 2010		KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
					101 California Street, Suite 2300
					San Francisco, CA 94111
					Telephone:  (415) 421-6140
					Facsimile:  (415) 398-5030
					*Attorneys for Plaintiffs*

					By:   /s/ Brian P. Brosnahan

Dated: November 2, 2010		PORTER SCOTT
					A Professional Corporation
					350 University Avenue, Suite 200
					Sacramento, CA 95825
					(916) 929-1481
					*Attorneys for Defendants County of Stanislaus and Stanislaus County Sheriff*

					By:   /s/ Terence J. Cassidy

Dated: November 2, 2010		HOWREY LLP
					550 S. Hope Street, Suite 1100
					Los Angeles, CA 90071
					Telephone: (213) 892-1800
					Facsimile: (213) 892-2300
					*Attorneys for Defendant City of Modesto*

					By:   /s/ Richard J. Burdge, Jr.

Dated: November 2, 2010		MORENO & RIVERA LLP
					1415 River Park Drive
					Suite 145
					Sacramento, CA 95815
					Telephone: (916) 922-1200
					Facsimile: (916) 922-1301
					*Attorneys for Defendant Consolidated Emergency Dispatch Agency*

					By:   /s/ Jesse M. Rivera

IT IS SO ORDERED:

Dated:  __November 3, 2010		/s/ Lawrence J. O'Neill

					Hon. Lawrence J. O'Neill

					UNITED STATES DISTRICT JUDGE

---

2

STIPULATION AND [PROPOSED] ORDER; Case No. Civ. F-04-6121 LJO DLB