IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT, et al.,<br><br>        Plaintiffs,<br>    vs.<br><br>CITY OF MODESTO, et al.,<br><br>        Defendants.<br>_____/ | Case No. 1:04-cv-06121 LJO DLB<br><br>ORDER AFTER SETTLEMENT CONFERENCE |

On May 31, 2011, counsel for the parties reported to the Court that they had reached a settlement, pending approval by the individual plaintiffs and the entity defendants. Counsel reported that they and the staffs of the entities agreed to recommend approval of the settlement agreement to the respective boards. Therefore:

1. As soon as possible, Defendants SHALL notify Plaintiffs' counsel of the dates that the entities will consider approval of the settlement agreement;

2. Plaintiffs' counsel SHALL make best efforts to obtain the approval of the settlement agreement by the individual plaintiffs by June 10, 2011. Once approval is obtained, Plaintiffs' counsel SHALL notify defense counsel immediately;

3. If the settlement agreement is approved by the entities, no later than June 30,

|   |   |   |
|---|---|---|
| 1 | | 2011, the parties SHALL file a notice of settlement.  The notice of settlement |
| 2 | | SHALL set forth the proposed dates by which the acts required to terminate this |
| 3 | | litigation, including any acts of the entities or their subordinate agencies and the |
| 4 | | filing of the stipulated dismissal, will occur.  Once filed, the notice of settlement |
| 5 | | SHALL be filed and e-mailed to JLTOrders@caed.uscourts.gov; |
| 6 | 4. | Discovery is STAYED until June 30, 2011. |

IT IS SO ORDERED.

Dated:   **May 31, 2011**                             **/s/ Jennifer L. Thurston**
                                                                 UNITED STATES MAGISTRATE JUDGE