KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Brian P. Brosnahan (SBN 112894)
Jacob N. Foster (SBN 250785)
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
Robert Rubin (SBN 85084)
131 Steuart Street, Suite 400
San Francisco, California 94105
Telephone:  (415) 543-9444
Telecopier:  (415) 543-0296

Attorneys For Plaintiff
THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF MODESTO, et al.<br><br>    Defendants. | Case No.: Civ. F-04-6121 LJO DLB<br><br>**ORDER UPON STIPULATION OF VOLUNTARY DISMISSAL OF CONSOLIDATED REGIONAL DISPATCH AGENCY AND LAW ENFORCEMENT CLAIMS**<br><br>**Action filed:**  August 18, 2004<br><br>**Judge:**  The Honorable Lawrence J. O'Neill |

Pursuant to the Stipulation of Voluntary Dismissal of Consolidated Regional Dispatch Agency and Law Enforcement Claims filed by the parties on June 3, 2011, the Court hereby orders as follows:

1. Any and all claims against the Consolidated Regional Dispatch Agency ("SR 911") and against the Stanislaus County Sheriff ("Sheriff") are hereby dismissed with prejudice.

Plaintiffs, SR 911 and the Sheriff have waived all rights or claims to attorneys' fees, costs, or expenses against each other.

    2.    Also dismissed with prejudice are any and all claims by Plaintiffs against the City or the County based upon discriminatory provision of emergency dispatch services or law enforcement services (including claims for attorneys' fees, costs, or expenses specifically relating to such claims based upon discriminatory provision of emergency dispatch services or law enforcement services), but none of Plaintiffs' other claims against the City or the County are dismissed.  The City and County have waived any right or claim to attorneys' fees, costs, or expenses against Plaintiffs.

IT IS SO ORDERED.

    Dated:  **June 6, 2011**            **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE