KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Brian P. Brosnahan (SBN 112894)
Jacob N. Foster (SBN 250785)
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
Robert Rubin (SBN 85084)
131 Steuart Street, Suite 400
San Francisco, California 94105
Telephone: (415) 543-9444
Telecopier: (415) 543-0296

Attorneys For Plaintiff
THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MODESTO, et al.<br><br>Defendants. | Case No.: Civ. F-04-6121 LJO DLB<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF THE CITY OF MODESTO [F.R.C.P. 41 (a)(1)A)(ii)]**<br><br>**Action filed:** August 18, 2004<br><br>**Judge:** The Honorable Lawrence J. O'Neill |

**WHEREAS** Plaintiffs have entered into a settlement agreement with the City of Modesto ("City") resolving this litigation;

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and the City as follows:

1. In consideration of the settlement agreement, Plaintiffs hereby voluntarily dismiss with prejudice the City from any and all claims alleged against it in the Action. Plaintiffs and the City waive all rights or claims to attorneys' fees, costs, or expenses against each other, but do not

///

1  waive any rights or claims to attorneys' fees, costs, or expenses against any other party.

3  DATED: 6/29/11    KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: *(signature)*
Brian P. Brosnahan

KASOWITZ, BENSON TORRES & FRIEDMAN LLP
Brian P. Brosnahan
Jacob N. Foster
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Attorneys for Plaintiffs THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT, et al.

13  DATED: 6/29/11    THE BURDGE LAW FIRM PC

By: *Richard J. Burdge, Jr. (per BPB)*
Richard J. Burdge, Jr.

THE BURDGE LAW FIRM PC
Richard J. Burdge, Jr.
500 South Grand Avenue, Suite 1500
Los Angeles, CA 90071
Telephone: (213) 402-9590

Attorneys for CITY OF MODESTO

21  DATED: 6/29/11    PORTER SCOTT

By: *Terence J. Cassidy (per BPB)*
Terence J. Cassidy

PORTER SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 929-1481
Facsimile: (916) 927-3706

Attorneys for STANISLAUS COUNTY

2

Stipulation of Voluntary Dismissal; Case No. Civ. F-04-6121 LJO DLB