KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Brian P. Brosnahan (SBN 112894)
Jacob N. Foster (SBN 250785)
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030

LAWYERS' COMMITTEE FOR CIVIL RIGHTS
Robert Rubin (SBN 85084)
131 Steuart Street, Suite 400
San Francisco, California 94105
Telephone:  (415) 543-9444
Telecopier:  (415) 543-0296

Attorneys For Plaintiff
THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MODESTO, et al. <br><br> Defendants. | Case No.: Civ. F-04-6121 LJO DLB <br><br> **ORDER UPON STIPULATION OF VOLUNTARY DISMISSAL OF THE CITY OF MODESTO** <br><br> **Action filed:** August 18, 2004 <br><br> **Judge:** The Honorable Lawrence J. O'Neill |

Pursuant to the Stipulation of Voluntary Dismissal of the City of Modesto filed by the parties on June 29, 2011, the Court hereby orders as follows:

1. Any and all claims against the City of Modesto ("City") are hereby dismissed with prejudice.  Plaintiffs and the City have waived all rights or claims to attorneys' fees, costs, or expenses against each other, but do not waive any rights or claims to attorneys' fees, costs, or expenses against any other party.

**IT IS SO ORDERED**.

Dated: June 29, 2011                                /s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　―――――――
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order Upon Stipulation of Voluntary Dismissal; Case No. Civ. F-04-6121 LJO DLB