IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF MODESTO, et al., <br><br> Defendants. <br>_____/ | Case No. 1:04-cv-06121 LJO DLB <br><br> ORDER AFTER NOTICE OF SETTLEMENT |

      On June 30, 2011, counsel for the Plaintiffs and the County of Stanislaus reported to the Court that they had reached a conditional settlement.  Counsel reported that there are several actions still needed to be completed before the matter may be dismissed.  Completion of these actions will take up to 130 days.

      Therefore, IT IS ORDERED,

      1.    No later than December 29, 2011, the Parties SHALL file their stipulated Request for Dismissal;

      2.    If the parties' determine that one of the conditions of the settlement will not be met, they are ORDERED to notify the Court immediately of the failure of the settlement.

IT IS SO ORDERED.

Dated:  **July 5, 2011**                              /s/ Jennifer L. Thurston
                                                                UNITED STATES MAGISTRATE JUDGE