UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COMMITTEE CONCERNING COMMUNITY IMPROVEMENT, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF MODESTO, et al.<br><br>　　　　　　　　　　Defendants. | Case No.: Civ. F-04-6121 LJO DLB<br><br>**ORDER UPON STIPULATION OF VOLUNTARY DISMISSAL OF THE COUNTY OF STANISLAUS AND STANISLAUS COUNTY SHERIFF**<br><br>**Action filed:**  August 18, 2004<br><br>**Judge:**  The Honorable Lawrence J. O'Neill |

　　　　Pursuant to the Stipulation of Voluntary Dismissal of the County of Stanislaus and the Stanislaus County Sheriff filed by the parties on November 10, 2011, the Court hereby ORDERS as follows:

　　　　1.　　Any and all claims against the County of Stanislaus and the Stanislaus County Sheriff ("County") are hereby DISMISSED with prejudice.  Plaintiffs and the County have waived all rights or claims to attorneys' fees, costs, or expenses against each other, but do not waive any rights or claims to attorneys' fees, costs, or expenses against any other party.

　　　　2.　　The entire case will be DISMISSED with prejudice.

　　　　3.　　The clerk of court is DIRECTED to close this action.

IT IS SO ORDERED.

　　　Dated:   **November 14, 2011**　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

1

Order Upon Stipulation of Voluntary Dismissal; Case No. Civ. F-04-6121 LJO DLB